IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO, | No. CIV S-09-1654-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KOLB, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction, and the undersigned now finds it appropriate to have a District Judge assigned to this case before denying Plaintiff's motion to proceed in forma pauperis. Therefore, the court will direct the random assignment of a District Judge at this time. The court will address the reasons for denying Plaintiff's motion by separate findings and recommendations.

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 | randomly assign a District Judge to this case and to update the docket to reflect the new case
3 | number.

5 | DATED: July 27, 2009

                                                           **CRAIG M. KELLISON**
                                                         UNITED STATES MAGISTRATE JUDGE